**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **True Religion Apparel, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 98-0352633 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**1888 Rosecrans Ave.**<br>**Manhattan Beach, CA 90266**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.truereligion.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name   _____
         Phone          _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one:<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>■ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | **True Religion Apparel, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

11. **Why is the case filed in *this district?***

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor   **True Religion Apparel, Inc.**                                              Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/5/2017
              MM / DD / YYYY

X _____       **Dalibor Snyder**
Signature of authorized representative of debtor   Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**

X _____   Date   7/5/2017
Signature of attorney for debtor                    MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   302-652-4100        Email address   LJONES@pszjlaw.com

**DE 2436**
Bar number and State

# RIDER 1

Pending Bankruptcy Cases Concurrently Filed by this Debtor and Affiliated Debtors:

TRLG Intermediate Holdings, LLC
True Religion Apparel, Inc.
Guru Denim Inc.
True Religion Sales, LLC
TRLGGC Services, LLC

**UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF
TRUE RELIGION APPAREL, INC.
(a Delaware Corporation)**

The undersigned, being all of the directors of True Religion Apparel, Inc., a Delaware corporation, do hereby consent to the adoption of the following resolutions, which resolutions shall have the same force and effect as if adopted by a vote of the board of directors of the corporation at a duly convened meeting held for such purposes, all in accordance with Section 141(f) of the Delaware General Corporation Law and Section 3.10 of the Amended and Restated Bylaws of the corporation:

WHEREAS, the Board of Directors (the "**Board**") of True Religion Apparel, Inc., a Delaware corporation (the "**Company**"), acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company; and

WHEREAS, the Board has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Maeva Group, LLC as the Company's financial advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Maeva Group, LLC;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Prime Clerk LLC as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk LLC;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing and obtain permission to use existing cash collateral according to terms which may be negotiated by the management of the Company, including under a $60 million debtor-in-possession credit facility with Citizens Bank N.A. on substantially the terms set forth in the draft credit agreement and related documentation heretofore presented to the Board; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith,

the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to enter into that certain Restructuring Support Agreement substantially in the form heretofore presented to the Board (the "Restructuring Support Agreement") among the Company, True Religion Apparel, Inc., certain of its direct and indirect subsidiaries, TRLG Holdings, LLC and certain Holder Parties (as defined in the Restructuring Support Agreement); and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute any appropriate agreements and related ancillary documents;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to the develop, file and prosecute to confirmation the chapter 11 plan and related disclosure statement contemplated by the Restructuring Support Agreement, forms of which have heretofore been presented to the Board;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain exit financing according to terms which may be negotiated by the management of the Company, including under a $60 million exit credit facility with Citizens Bank N.A. on substantially the terms set forth in the commitment letter and related documentation heretofore presented to the Board; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements and related ancillary documents; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned have duly executed this Consent as of July 3rd, 2017.

DIRECTORS

_R.J. Anderson (signature)_
_____
John Anderson

_____
Travis Nelson

_____
Andrew Rolfe

_____
Thomas O'Neil

_____
Marka Hansen

_____
Neal Moszkowski

_____
John Ermatinger

*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRUE RELIGION APPAREL, INC.*

DOCS_DE:213718.4 85199/001

DIRECTORS

_____
John Anderson

_____/s/ Travis Nelson_____
Travis Nelson

_____/s/ Andrew Rolfe_____
Andrew Rolfe

_____
Thomas O'Neill

_____
Marka Hansen

_____/s/ Neal Moszkowski_____
Neal Moszkowski

_____
John Ermatinger

*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF*
*THE BOARD OF DIRECTORS OF TRUE RELIGION APPAREL, INC.*

3̲ IN WITNESS WHEREOF, the undersigned have duly executed this Consent as of July 3̲, 2017.

DIRECTORS

_____
John Anderson

_____
Travis Nelson

_____
Andrew Rolfe

*[signature]*
_____
Thomas O'Neil

_____
Marka Hansen

_____
Neal Moszkowski

_____
John Ermatinger

*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF*
*THE BOARD OF DIRECTORS OF TRUE RELIGION APPAREL, INC.*

IN WITNESS WHEREOF, the undersigned have duly executed this Consent as of July 3, 2017.

### DIRECTORS

_____
John Anderson

_____
Travis Nelson

_____
Andrew Rolfe

_____
Thomas O'Neil

/s/ Marka Hansen
_____
Marka Hansen

_____
Neal Moszkowski

_____
John Ermatinger

*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRUE RELIGION APPAREL, INC.*

DOCS_DE:213218.4 85199/001

IN WITNESS WHEREOF, the undersigned have duly executed this Consent as of July 3, 2017.

DIRECTORS

_____
John Anderson

_____
Travis Nelson

_____
Andrew Rolfe

_____
Thomas O'Neill

_____
Marka Hansen

_____
Neal Moszkowski

_/s/ John Ermatinger_____
John Ermatinger

**SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF TRUE RELIGION APPAREL, INC.**

Fill in this information to identify the case:

Debtor name: True Religion Apparel, Inc., et al.
United States Bankruptcy Court for the: District of Delaware Case
number (if known): _____

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. §

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | LYA GROUP<br>ATTN: CLAUDIA BLANCO<br>1317 S GRAND AVE<br>LOS ANGELES, CA 90015 | LYA GROUP<br>ATTN: CLAUDIA BLANCO<br>PHONE: 213-683-1123    EMAIL:<br>CLAUDIAB@LYAGROUP.COM | Trade | | | | $826,520.90 |
| 2 | OA S.A. DE C.V.<br>ATTN: JOSE MARTINEZ<br>ZONA FRANCA INTERNACIONAL<br>EDIF. 2 KM 28.5 CARRETERA A<br>COMALAPA OLOCUILTA<br>LA PAZ<br>EL SALVADOR | OA S.A. DE C.V.<br>ATTN: JOSE MARTINEZ<br>PHONE: 503-2304-9988<br>FAX: 503-2304-9933<br>EMAIL: VIDAL.M@OA2012.COM | Trade | | | | $766,762.82 |
| 3 | EXCEL KIND INDUSTRIAL, LTD<br>ATTN: ZAMA PANG<br>FLAT B, 4/F, NO. 2-4<br>LUK HOP ST SANPOKONG<br>KOWLOON<br>HONG KONG | EXCEL KIND INDUSTRIAL, LTD<br>ATTN: ZAMA PANG<br>PHONE: 86-755-26973530    FAX:<br>86-755-23505683    EMAIL:<br>ZAMA.PANG@EXCELKIND.COM | Trade | | | | $394,383.15 |
| 4 | 513 BROADWAY REALTY, LLC<br>ATTN: ALEXANDRA BARNES<br>PREMIER EQUITIES<br>150 EAST 58TH ST<br>23RD FLOOR<br>NEW YORK, NY 10155 | 513 BROADWAY REALTY, LLC<br>ATTN: ALEXANDRA BARNES<br>PHONE: 212-421-3634<br>FAX: 212-421-3659<br>EMAIL: ALEXANDRA@PREMIEREQUITIES.COM | Landlord | | | | $376,315.00 |
| 5 | NORTH AMERICAN TRADING, LLC<br>ATTN: LOURDES RAMIREZ<br>NATCO<br>PO BOX 894878<br>LOS ANGELES, CA 90189-4878<br><br>NORTH AMERICAN TRADING, LLC<br>ATTN: LOURDES RAMIREZ<br>827 UNION PACIFIC STREET<br>PMB 83 256<br>LAREDO, TX 78045 | NORTH AMERICAN TRADING, LLC<br>ATTN: LOURDES RAMIREZ<br>PHONE: 213-596-8916<br>FAX: 407-290-1613<br>EMAIL: LRAMIREZ@YASIRO.COM.MX | Trade | | | | $277,035.76 |
| 6 | KENNEDY INTERNATIONAL CORP<br>ATTN: TIM KENNEDY<br>20934 S SANTA FE AVE<br>CARSON, CA 90810 | KENNEDY INTERNATIONAL CORP<br>ATTN: TIM KENNEDY<br>PHONE: 800-225-4401<br>FAX: 323-269-7969<br>EMAIL: TIM@CALIFAME.COM | Trade | | | | $269,327.80 |
| 7 | GUARDIAN LIFE INSURANCE CO OF AMERICA<br>ATTN: DAVID SMITH<br>7 HANOVER SQUARE<br>NEW YORK, NY 10004-2616 | GUARDIAN LIFE INSURANCE CO OF AMERICA<br>ATTN: DAVID SMITH<br>PHONE: 213 362-9324<br>FAX: 213-403-5535<br>EMAIL: DSMITH@IDSREALESTATE.COM | Landlord | | | | $197,246.28 |
| 8 | MEDALLIA, INC.<br>ATTN: SHAUNA HENDERSON<br>395 PAGE MILL, SUITE 100<br>PALO ALTO, CA 94306 | MEDALLIA, INC.<br>ATTN: SHAUNA HENDERSON<br>PHONE: 650-422-7533<br>FAX: 650-321-3156<br>EMAIL: SHENDERSON@MEDALLIA.COM | Trade | | | | $193,711.00 |
| 9 | CONTINENTAL ROSECRANS AVIATION, LP<br>ATNN: LEONARD BLAKESLEY<br>PO BOX 916<br>EL SEGUNDO, CA 90245-0916<br><br>CONTINENTAL ROSECRANS AVIATION, LP<br>ATNN: LEONARD BLAKESLEY<br>2041 ROSECRANS AVENUE 200<br>EL SEGUNDO, CA 90245 | CONTINENTAL ROSECRANS AVIATION, LP<br>ATNN: LEONARD BLAKESLEY<br>FAX: 310-414-9279<br>PHONE: 310-640-1520 | Landlord | | | | $192,557.77 |
| 10 | NORTHBRIDGE CHICAGO, LLC<br>ATTN: ADRIANA LOPEZ<br>RN 540 HOTEL COMPANY, L.L.C.<br>401 WILSHIRE BLVD<br>SUITE 700<br>SANTA MONICA, CA 90401 | NORTHBRIDGE CHICAGO, LLC<br>ATTN: ADRIANA LOPEZ<br>PHONE: 866-811-1095<br>FAX: 310-395-2791<br>EMAIL: NORTHBRIDGEMALLAR@MACERICH.COM | Landlord | | | | $128,680.68 |
| 11 | 863 BROADWAY, LLC<br>ATTN: KATHLEEN RIVERA<br>441 LEXINGTON AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10017 | 863 BROADWAY, LLC<br>ATTN: KATHLEEN RIVERA<br>PHONE: 212-503-0905<br>FAX:<br>EMAIL: KRIVERA@INVESTCOINC.COM | Landlord | | | | $115,464.94 |
| 12 | JAMESTOWN PREMIER MALIBU VILLAGE, LP<br>ATTN: JOSH CALLAHAN<br>ONE OVERTON PARK 12TH FLOOR<br>3625 CUMBERLAND BLVD<br>ATLANTA, GA 30339 | JAMESTOWN PREMIER MALIBU VILLAGE, LP<br>ATTN: JOSH CALLAHAN<br>PHONE: 770-805-1000<br>FAX: 770-805-1001<br>EMAIL: JOSHUA.CALLAHAN@JAMESTOWNLP.COM | Landlord | | | | $106,977.68 |
| 13 | FORMULA THREE GROUP, LLC<br>ATTN: RUSS RONCHI<br>7071 WARNER AVE<br>#F, SUITE 459<br>HUNTINGTON BEACH, CA 92647 | FORMULA THREE GROUP, LLC<br>ATTN: RUSS RONCHI<br>PHONE: 877-334-4346<br>EMAIL: SALES@FORMULATHREEGROUP.COM | Trade | | | | $93,714.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 14 | SIMON CHELSEA<br>PRESIDENT OR GENERAL COUNSEL<br>LAS VEGAS DEVELOPMENT, LLC<br>PO BOX 827724<br>PHILADELPHIA, PA 19182-7724<br><br>SIMON CHELSEA<br>PRESIDENT OR GENERAL COUNSEL<br>LAS VEGAS DEVELOPMENT, LLC<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | SIMON CHELSEA<br>PRESIDENT OR GENERAL COUNSEL<br>PHONE: 317-636-1600<br>FAX: 317-685-7270 | Landlord | | | | $92,671.01 |
| 15 | ROZA 14W, LLC<br>ATTN: MAYBELLE MYA<br>14 WALL STREET<br>NEW YORK, NY 10005 | ROZA 14W, LLC<br>ATTN: MAYBELLE MYA<br>PHONE: 646-358-3508<br>EMAIL: MMAYA@14WALL.COM | Landlord | | | | $90,491.41 |
| 16 | U.S. CUSTOMS<br>ATTN: IMPORT & EXPORT QUESTIONS<br>PO BOX 70946<br>CHARLOTTE, NC 28272-0946<br><br>U.S. CUSTOMS<br>ATTN: IMPORT & EXPORT QUESTIONS<br>1300 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20229 | U.S. CUSTOMS<br>ATTN: IMPORT & EXPORT QUESTIONS<br>PHONE: 877 227-5511 | Trade | | | | $90,150.28 |
| 17 | TOWN CENTER AT BOCA RATON TRUST<br>ATTN: BRENT TOMB<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | TOWN CENTER AT BOCA RATON TRUST<br>ATTN: BRENT TOMB<br>PHONE: 317-263-7114<br>FAX: 302-655-5049<br>EMAIL: BRENT.TOMB@SIMON.COM | Landlord | | | | $84,928.54 |
| 18 | REXFORD INDUSTRIAL - JURUPA, LLC<br>ATTN: MARK ZEHNER<br>C/O REXFORD INDUSTRIAL, LLC<br>11620 WILSHIRE BLVD, STE 1000<br>LOS ANGELES, CA 90025 | REXFORD INDUSTRIAL - JURUPA, LLC<br>ATTN: MARK ZEHNER   PHONE: 310-966-3818    FAX: 310-966-1690   EMAIL: MZEHNER@CTRINVESTORS.COM | Landlord | | | | $84,137.94 |
| 19 | CPG PARTNERS, LP<br>PRESIDENT OR GENERAL COUNSEL<br>PO BOX 822884<br>PHILADELPHIA, PA 19182-2884<br><br>CPG PARTNERS, LP<br>PRESIDENT OR GENERAL COUNSEL<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | CPG PARTNERS, LP<br>PRESIDENT OR GENERAL COUNSEL<br>PHONE: 317-636-1600<br>FAX: 317-685-7270 | Landlord | | | | $83,304.56 |
| 20 | EPLUS GROUP, INC.<br>ATTN: SUSAN FEDOR<br>13595 DULLES TECHNOLOGY DR<br>HERNDON, VA 20171 | EPLUS GROUP, INC.<br>ATTN: SUSAN FEDOR<br>PHONE: 703-984-8189<br>FAX: 703-984-8600<br>EMAIL: SFEDOR@EPLUS.COM | Trade | | | | $71,873.60 |
| 21 | BALLET VALET, CORP.<br>ATTN: JORGE TORRES<br>2214 NW 1ST PLACE<br>MIAMI, FL 33127 | BALLET VALET, CORP.<br>ATTN: JORGE TORRES<br>PHONE: 305-531-4411     EMAIL: JORGE@GOLDMANPROPERTIES.COM | Landlord | | | | $70,232.14 |
| 22 | SHORT HILLS ASSOCIATES, LLC<br>ATTN: NANNETTE PARTEE<br>DEPARTMENT 53501<br>PO BOX 67000<br>DETROIT, MI 48267-0535 | SHORT HILLS ASSOCIATES, LLC<br>ATTN: NANNETTE PARTEE<br>PHONE: 248-258-7387<br>EMAIL: NPARTEE@TAUBMAN.COM | Landlord | | | | $64,387.40 |
| 23 | 1122 THIRD AVENUE ASSOCIATES, LLC<br>ATTN: JAIME EPSTEIN<br>JAMIE EPSTEIN/RELATED COS<br>60 COLUMBUS CIRCLE FL 18<br>NEW YORK, NY 10023 | 1122 THIRD AVENUE ASSOCIATES, LLC<br>ATTN: JAIME EPSTEIN<br>PHONE: 212-801-3467<br>FAX: 212-801-1003<br>EMAIL: JESTEIN@RELATED.COM | Landlord | | | | $63,351.42 |
| 24 | CPG PARTNERS, LP<br>PRESIDENT OR GENERAL COUNSEL<br>PO BOX 822873<br>PHILADELPHIA, PA 19182-2884<br><br>CPG PARTNERS, LP<br>PRESIDENT OR GENERAL COUNSEL<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | CPG PARTNERS, LP<br>PRESIDENT OR GENERAL COUNSEL<br>PHONE: 317-636-1600<br>FAX: 317-685-7270 | Landlord | | | | $60,657.26 |
| 25 | JAMESTOWN 119 NEWBURY STREET, LP<br>ATTN: TERRI MIRASSOU<br>85 NEWBURY STREET, APT #103<br>BOSTON, MA 02116 | JAMESTOWN 119 NEWBURY STREET, LP<br>ATTN: TERRI MIRASSOU<br>PHONE: 949-720-3311<br>EMAIL: TMIRASSOU@IRVINECOMPANY.COM | Landlord | | | | $59,888.34 |
| 26 | FORBES/COHEN FLORIDA PROPERTIES, LP<br>ATTN: ACCOUNTS RECEIVABLES<br>100 GALLERIA OFFICE CENTRE #427<br>SOUTHFIELD, MI 48034 | FORBES/COHEN FLORIDA PROPERTIES, LP<br>ATTN: ACCOUNTS RECEIVABLES<br>PHONE: 248-827-4600<br>EMAIL: ITEMBY@THEFORESCOMPANY.COM | Landlord | | | | $58,176.64 |
| 27 | OS 4 LABOR, LLC<br>ATTN: ANA MENDOZA<br>5312 N INWINDALE AVE, SUITE 1H<br>IRWINDALE, CA 91724 | OS 4 LABOR, LLC<br>ATTN: ANA MENDOZA<br>PHONE: 909-476-8326<br>EMAIL: AMENDOZA@OS4LABOR.COM | Trade | | | | $58,173.21 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 28 | PARK MEADOWS MALL<br>ATTN: FELICIA OJO<br>PO BOX 64105<br>BALTIMORE, MD 21264-4105<br><br>PARK MEADOWS MALL<br>ATTN: FELICIA OJO<br>110 N. WACKER DRIVE<br>CHICAGO, IL 60606 | PARK MEADOWS MALL<br>ATTN: FELICIA OJO<br>PHONE: 312-960-2656<br>FAX: 312-960-5475<br>EMAIL: FELICIA.OJO@GENERALGROWTH.COM | Landlord | | | | $57,944.64 |
| 29 | PURPOSE DRIVEN PERSONNEL, INC.<br>ATTN: TROY OSBOURNE<br>9826 PAINTER AVE, SUITE M<br>WHITTIER, CA 90605 | PURPOSE DRIVEN PERSONNEL, INC.<br>ATTN: TROY OSBOURNE<br>PHONE: 562-944-4737<br>FAX: 562-316-1950<br>EMAIL: TOSBOURNE@PDPTEAM.COM | Trade | | | | $54,206.46 |
| 30 | FASHION SHOW MALL, LLC<br>PRESIDENT OR GENERAL COUNSEL<br>SDS-12-2773<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-2773 | FASHION SHOW MALL, LLC<br>PRESIDENT OR GENERAL COUNSEL<br>EMAIL: FELICIA.OJO@GENERALGROWTH.COM | Landlord | | | | $53,919.35 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE RELIGION APPAREL, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

       Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

Name:      TRLG Intermediate Holdings, LLC
Address:   1888 Rosecrans Ave.
           Manhattan Beach, CA 90266

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE RELIGION APPAREL, INC.,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 17-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Percentage |
|---|---|---|
| TRLG Intermediate Holdings, LLC<br>1888 Rosecrans Ave.<br>Manhattan Beach, CA 90266 | Common | 100% |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE RELIGION APPAREL, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-_____ (___) |

### CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

DOCS_DE:213672.2

| Fill in this information to identify the case: |
|---|
| Debtor name   **True Religion Apparel, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **Corporate Ownership Statement, List of Equity Security Holders and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____   X _/s/ Dalibor Snyder_____
                                         Signature of individual signing on behalf of debtor

**Dalibor Snyder**
Printed name

**CFO**
Position or relationship to debtor