# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRUE RELIGION APPAREL INC., et al.[1] | ) | Case No. 17-11460 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related Docket No. 10 |

## INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 363 AUTHORIZING DEBTORS TO PAY PREPETITION CLAIMS OF SHIPPERS AND CUSTOMS REPRESENTATIVES AND GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] filed by the above captioned debtors and debtors in possession (the "Debtors"), for an order (i) authorizing, but not directing, the Debtors to pay certain prepetition claims of Shippers and Customs Representatives, and (ii) authorizing financial institutions to receive, process, honor, and pay all checks issued and electronic payment requests made relating to the foregoing and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and it appearing that the requirements of Rule Bankruptcy 6003 have been satisfied; and upon all of the proceedings had before the Court; and after due deliberation and cause appearing therefore;

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: TRLG Intermediate Holdings, LLC (3150); True Religion Apparel, Inc. (2633); Guru Denim Inc. (1785); True Religion Sales, LLC (3441); and TRLGGC Services, LLC (8453). The Debtors' headquarters is located at 1888 Rosecrans Avenue, Manhattan Beach, CA 90266.

[2] Capitalized terms not otherwise defined herein shall have the meaning given them in the Motion.

DOCS_DE:213423.1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Debtors are authorized, in their sole discretion, to pay in the ordinary course of business, prepetition Shipping and Customs Charges during the period between the date hereof and the date of a final hearing on this Motion (the "Final Hearing") in an amount not to exceed, in the aggregate, $735,000.00 unless otherwise ordered by the Court.

3. All banks and other financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition Shipping and Customs Charges approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment; provided, however, that sufficient funds are available in the Debtors' bank accounts to cover such payments; and provided, further, that all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Order.

4. The Debtors are authorized to reissue any check, electronic payment or otherwise, which was drawn in payment of any prepetition Shipping and Customs Charges that is not cleared by a depository.

5. The Debtors are authorized, in their discretion, to maintain or obtain any Customs Bond in the ordinary course of business as needed.

6. Nothing herein shall impair the Debtors' ability, in their sole discretion, or any other party-in-interest's ability to contest the validity and amounts of the Shipping and Customs Charges.

7. Nothing herein shall prejudice the Debtors' rights to request authority to make additional payments to the Shippers and Customs Representatives.

8. Nothing herein shall be deemed to constitute the postpetition assumption of any executory contract between the Debtors and the Shippers and Customs Representatives.

9. The Final Hearing to consider entry of a final order is scheduled for __8/1__, 2017 at __10:00 a__.m. (Eastern time) before the Court with objections to the balance of the relief requested in the Motion to be filed by __7/25__, 2017 at 4:00 p.m. (Eastern time). If no objections to the balance of the relief requested in the Motion are filed, the Court may enter a final order on the Motion without further notice or hearing

10. Bankruptcy Rule 6003(b) has been satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors.

11. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. The requirements of Bankruptcy Rule 6004(a) are waived.

13. The Debtors are hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

14. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _7-26_, 2017

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge