## Schedule I

## DIP Primary Collateral

"DIP Primary Collateral" shall mean all interests of each Loan Party[5] in the following Collateral, in each case whether now owned or existing or hereafter acquired or arising and wherever located, including (1) all rights of each Loan Party to receive moneys due and to become due under or pursuant to the following, (2) all rights of each Loan Party to receive return of any premiums for or proceeds of any insurance, indemnity, warranty or guaranty with respect to the following or to receive condemnation proceeds with respect to the following, (3) all claims of each Loan Party for damages arising out of or for breach of or default under any of the following, and (4) all rights of each Loan Party to terminate, amend, supplement, modify or waive performance under any of the following to perform thereunder and to compel performance and otherwise exercise all remedies thereunder:

(i) all Accounts and payment intangibles constituting credit card receivables, but for purposes of this clause (i) excluding rights to payment for any property which specifically constitutes DIP Secondary Collateral which has been or is to be sold, leased, licensed, assigned or otherwise disposed of; provided, however, that all rights to payment arising from any sale of Inventory shall constitute DIP Primary Collateral;

(ii) all Chattel Paper;

(iii) all Deposit Accounts and all other demand, deposit, time, savings, cash management, passbook and similar accounts maintained with any bank or other financial institution and all monies, securities, Instruments and other investments deposited or required to be deposited in any of the foregoing (in each case, other than a deposit account holding only identifiable proceeds of any DIP Secondary Collateral);

(iv) all Inventory;

(v) all other cash and cash equivalents (other than identifiable proceeds of any DIP Secondary Collateral);

(vi) to the extent evidencing or governing any of the items referred to in the preceding clauses (i) through (v), all General Intangibles, letters of credit (whether or not the respective letter of credit is evidenced by a writing), Letter-of-Credit Rights, Instruments and Documents; provided that to the extent any of the foregoing also relates to DIP Secondary Collateral, only that portion related to the items referred to in the preceding clauses (i) through (v) as being included in the DIP Primary Collateral shall be included in the DIP Primary Collateral;

---

[5] Capitalized terms used but not defined in Schedule I, Schedule II or the Interim Order shall have the meanings ascribed to them in the DIP Agreement.

(vii) to the extent relating to any of the items referred to in the preceding clauses (i) through (vi), all insurance; provided that to the extent any of the foregoing also relates to DIP Secondary Collateral only that portion related to the items referred to in the preceding clauses (i) through (vi) as being included in the DIP Primary Collateral shall be included in the DIP Primary Collateral;

(viii) to the extent relating to any of the items referred to in the preceding clauses (i) through (vii), all Supporting Obligations; provided that to the extent any of the foregoing also relates to DIP Secondary Collateral only that portion related to the items referred to in the preceding clauses (i) through (vii) as being included in the DIP Primary Collateral shall be included in the DIP Primary Collateral;

(ix) to the extent relating to any of the items referred to in the preceding clauses (i) through (viii), all Commercial Tort Claims; provided that to the extent any of the foregoing also relates to DIP Secondary Collateral only that portion related to the items referred to in the preceding clauses (i) through (viii) as being included in the DIP Primary Collateral shall be included in the DIP Primary Collateral;

(x) all books and records, customer lists, credit files, computer files, programs, printouts and other computer materials and records related thereto and any General Intangibles at any time evidencing or relating to any of the foregoing;

(xi) all proceeds of leased real property;

(xii) all unencumbered assets,

(xiii) all actions brought under section 549 of the Bankruptcy Code to recover any post-petition transfer of DIP Primary Collateral,

(xiv) subject to entry of a Final Order, the proceeds of any avoidance actions brought under Chapter 5 of the Bankruptcy Code or applicable state law equivalents (other than actions brought pursuant to section 549 of the Bankruptcy Code) (together, the "Avoidance Actions");

(xv) subject to entry of a Final Order, the Debtors' rights under Section 506(c) and 550 of the Bankruptcy Code and the proceeds thereof; and

(xvi) all cash proceeds and all non-cash proceeds, products, accessions, rents and profits of or in respect of any of the foregoing (including all insurance proceeds) and all collateral security, guarantees and other Collateral support given by any Person with respect to any of the foregoing.

## Schedule II

## DIP Secondary Collateral

"DIP Secondary Collateral" shall mean all interests of each Loan Party[6] in the following Collateral, in each case whether now owned or existing or hereafter acquired or arising and wherever located, including (1) all rights of each Loan Party to receive moneys due and to become due under or pursuant to the following, (2) all rights of each Loan Party to receive return of any premiums for or proceeds of any insurance, indemnity, warranty or guaranty with respect to the following or to receive condemnation proceeds with respect to the following, (3) all claims of each Loan Party for damages arising out of or for breach of or default under any of the following, and (4) all rights of each Loan Party to terminate, amend, supplement, modify or waive performance under any of the following, to perform thereunder and to compel performance and otherwise exercise all remedies thereunder:

    (i)    any deposit account holding only identifiable proceeds of any DIP Secondary Collateral and all cash, money, securities, and other investments deposited therein;

    (ii)    all Equipment;

    (iii)    all Fixtures;

    (iv)    all General Intangibles, including Contracts, together with all Contract Rights arising thereunder (in each case, other than General Intangibles constituting, evidencing, governing or otherwise relating to DIP Primary Collateral);

    (v)    all letters of credit (whether or not the respective letter of credit is evidenced by a writing), Letter-of-Credit Rights (to the extent perfected by the filing of a UCC financing statement as a Supporting Obligation), Instruments and Documents (except to the extent constituting, evidencing or governing or attached or related to DIP Primary Collateral);

    (vi)    without duplication, all Investment related property, all Securities, all Securities Entitlements and all Securities Accounts (in each case, other than any Collateral constituting DIP Primary Collateral and other than any Supporting Obligations supporting DIP Primary Collateral);

    (vii)    all Intellectual Property;

    (viii)    except to the extent constituting, or relating to, Revolving Credit Primary Collateral, all Commercial Tort Claims;

    (ix)    all real property (including, if any, leasehold interests) on which the Loan Parties were required to provide a lien to the Prepetition First Lien Secured Parties and any title

---

[6] Capitalized terms used but not defined in Schedule I, Schedule II or the Interim Order shall have the meanings ascribed to them in the DIP Agreement.

insurance with respect to such real property (other than title insurance actually obtained by the Administrative Agent in respect of such real property) and the proceeds thereof; and

(x) except to the extent constituting, governing, evidencing or relating to, the DIP Primary Collateral, all other personal property (whether tangible or intangible) of such Loan Party;

(xi) to the extent constituting, or relating to, any of the items referred to in the preceding clauses (i) through (x), all insurance; provided that to the extent any of the foregoing also relates to DIP Primary Collateral, only that portion related to the items referred to in the preceding clauses (i) through (x) as being included in the DIP Secondary Collateral shall be included in the DIP Secondary Collateral;

(xii) to the extent relating to any of the items referred to in the preceding clauses (i) through (xi), all Supporting Obligations; provided that to the extent any of the foregoing also relates to Revolving Credit Primary Collateral only that portion related to the items referred to in the preceding clauses (i) through (xi) as being included in the DIP Secondary Collateral shall be included in the DIP Secondary Collateral;

(xiii) all books and records, customer lists, credit files, computer files, programs, printouts and other computer materials and records related thereto and any General Intangibles at any time evidencing or relating to any of the foregoing; provided that to the extent any of such material also relates to DIP Primary Collateral only that portion related to the items referred to in the preceding clauses (i) through (xii) as being included in the DIP Secondary Collateral shall be included in the DIP Secondary Collateral;

(xiv) all actions brought under section 549 of the Bankruptcy Code to recover any post-petition transfer of DIP Secondary Collateral; and

(xv) all cash proceeds and, solely to the extent not constituting DIP Primary Collateral, non-cash proceeds, products, accessions, rents and profits of or in respect of any of the foregoing and all collateral security, guarantees and other Collateral support given by any Person with respect to any of the foregoing.

# Exhibit 1

# Budget

# DIP Budget
## True Religion - US

($ in thousands)

**Week Beginning:**

| Week of the Year | 2-Jul<br>Week 23 | 9-Jul<br>Week 24 | 16-Jul<br>Week 25 | 23-Jul<br>Week 26 | 30-Jul<br>Week 27 | 6-Aug<br>Week 28 | 13-Aug<br>Week 29 | 20-Aug<br>Week 30 | 27-Aug<br>Week 31 | 3-Sep<br>Week 32 | 10-Sep<br>Week 33 | 17-Sep<br>Week 34 | 24-Sep<br>Week 35 | 1-Oct<br>Week 36 | Total Item EST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on Hand (beginning of week) | 3,480 | 2,257 | 520 | 1,092 | 814 | 748 | 851 | 901 | 919 | 1,327 | 1,093 | 1,837 | 1,516 | 798 | 3,480 |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Operating Receipts | 5,498 | 4,714 | 5,211 | 5,414 | 5,987 | 5,268 | 5,169 | 5,109 | 5,684 | 6,142 | 4,528 | 4,539 | 6,003 | 4,734 | 74,001 |
| ABL Borrowing | - | - | - | - | - | - | - | - | - | - | - | - | 25,000 | 4,000 | 29,000 |
| DIP Borrowing | 12,000 | 2,000 | 1,000 | 2,000 | 1,000 | 2,000 | - | 2,000 | - | - | - | - | - | - | 22,000 |
| TOTAL CASH RECEIPTS | 17,498 | 6,714 | 6,211 | 7,414 | 6,987 | 7,268 | 5,169 | 7,109 | 5,684 | 6,142 | 4,528 | 4,539 | 31,003 | 8,734 | 125,001 |
| Total Cash Available (before cash out) | 20,978 | 8,971 | 6,731 | 8,506 | 7,802 | 8,016 | 6,020 | 8,010 | 6,603 | 7,469 | 5,621 | 6,376 | 32,519 | 9,532 | 128,481 |
| **CASH PAID OUT** | | | | | | | | | | | | | | | |
| Operating Disbursements | 3,720 | 7,109 | 4,297 | 5,967 | 6,350 | 6,854 | 4,628 | 6,265 | 3,762 | 7,437 | 4,565 | 5,621 | 6,406 | 7,432 | 80,412 |
| ABL Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Interest | - | - | - | 62 | - | - | - | 86 | - | - | - | - | 91 | 62 | 239 |
| Facility Fee / LoC Fees | - | - | - | 30 | - | - | - | 29 | - | - | - | - | 27 | - | 86 |
| ABL Paydown | 12,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,000 |
| DIP Paydown | - | - | - | - | - | - | - | - | 1,000 | - | - | - | 21,000 | - | 22,000 |
| Restructuring | 3,001 | 1,342 | 1,342 | 1,631 | 704 | 311 | 491 | 711 | 514 | (1,061) | (781) | (761) | 4,198 | 1,177 | 12,821 |
| TOTAL CASH PAID OUT | 18,721 | 8,451 | 5,640 | 7,692 | 7,054 | 7,165 | 5,119 | 7,091 | 5,276 | 6,376 | 3,783 | 4,860 | 31,722 | 8,609 | 127,559 |
| Cash Position - Operating (end of week) | 2,257 | 520 | 1,092 | 814 | 748 | 851 | 901 | 919 | 1,327 | 1,093 | 1,837 | 1,516 | 798 | 923 | 923 |
| Net Cash Flow | (1,223) | (1,737) | 572 | (278) | (67) | 103 | 50 | 18 | 409 | (234) | 744 | (321) | (719) | 125 | (2,558) |
| ABL Balance | - | - | - | - | - | - | - | - | - | - | - | - | 25,000 | 29,000 | 29,000 |
| DIP Balance | 12,000 | 14,000 | 15,000 | 17,000 | 18,000 | 20,000 | 20,000 | 22,000 | 21,000 | 21,000 | 21,000 | 21,000 | - | - | - |
| Net Cash | (9,743) | (13,480) | (13,908) | (16,186) | (17,252) | (19,149) | (19,099) | (21,081) | (19,673) | (19,907) | (19,163) | (19,484) | (24,202) | (28,077) | (28,077) |
| LC Balance | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 | 5,052 |

Note: Projected end of week cash positions are shown pre-cash dominion.