# Exhibit I

**Identities of the Members of the New Board and Officers of the Reorganized Debtors**

### Identities of the Members of the New Board and Officers of the Reorganized Debtors

**Members of the New Board**

1. *Chelsea A. Grayson* was most recently the Chief Executive Officer and a Board member of American Apparel, a vertically integrated apparel manufacturer with a 50-country global footprint, served by 250 retail locations, a digital retail site and a wholesale business. In that role, she significantly improved operations and supply chain upon the Company's emergence from its Chapter 11 reorganization proceedings, and then successfully sold the company to Gildan Activewear Inc. (NYSE:GIL). Prior to that, Ms. Grayson was the General Counsel, Chief Administrative Officer and an Executive Vice President of American Apparel. In that role, Ms. Grayson oversaw and had full P&L responsibility for the Legal Department, the Human Resources Department, the Environmental, Health & Safety Department and the Risk Management Department. She also managed investor and corporate public relations for the Company and acted as the Corporate Secretary for the Company's Board of Directors. Before joining American Apparel, Ms. Grayson was a partner in the Mergers & Acquisitions and Corporate Governance groups at Jones Day and Loeb & Loeb, and served as a law clerk to the Honorable Samuel L. Bufford in the United States Bankruptcy Court for the Central District of California. Ms. Grayson is a Board Leadership Fellow and a Corporate Governance Fellow with the National Association of Corporate Directors (NACD), and she is a frequent public speaker on corporate governance, corporate culture, branding, corporate resiliency and leadership.

2. *John Ermatinger* will serve as Chief Executive Officer and a Member of the Board of Directors of True Religion Apparel, Inc. and its affiliates. Mr. Ermatinger has held such positions since June 1, 2015, and, prior thereto, had served as True Religion's Interim SVP of Global Sourcing and Production. Mr. Ermatinger is a seasoned executive. His previous experience includes serving as Chief Executive Officer of Asia business at Tommy Hilfiger Group B.V., serving as President of Japan and President of Asia Pacific Region of The Gap, Inc., and, from 1973 to 1998, serving in various positions at Levis Strauss & Co., including President of Levi Strauss The Americas. He also served as Asia Hub Director of Global Apparel Sourcing for Nike Inc. He holds a bachelor's degree in business administration and economics from Linfield College, Oregon. Mr. Ermatinger's annual compensation is to be set by the Board at no less than $700,000, plus incentives based on achievement of performance targets.

3. *Andrew Rolfe* is a Managing Director and the Head of Private Equity, USA for TowerBrook Capital Partners L.P. He chairs TowerBrook's Portfolio Committee and is a member of its Management Committee. Previously, Mr. Rolfe was the President of Gap Inc. International, and formerly the Chairman & Chief Executive Officer of Pret A Manger, the Chief Executive of Booker Foodservice, and a board Director of Booker PLC and of WH Smith PLC. Prior to these roles, he held several senior positions at PepsiCo Inc. Mr. Rolfe earned his B.A. from Oxford University and received his M.B.A. from Harvard Business School. Mr. Rolfe is Chairman of the Ubuntu Education Fund, a non-profit community health, social welfare and education organization based in the township of Zwide, Port Elizabeth, South Africa.

4. *Gene Davis* is Chairman and Chief Executive Officer of PIRINATE Consulting Group, LLC, a privately held consulting firm specializing in turnaround management, merger and acquisition consulting, hostile and friendly takeovers, proxy contests, and strategic planning advisory services for domestic and international public and private business entities. Since forming PIRINATE in 1997, Mr. Davis has advised, managed, sold, liquidated, and served as a chief executive officer, chief restructuring officer, director, committee chairman, or chairman of a number of businesses operating in diverse sectors. From 1990 to 1997, Mr. Davis served as President, Vice Chairman, and director of Emerson Radio Corporation and from 1996 to 1997 as Chief Executive Officer and Vice Chairman of Sport Supply Group, Inc. He began his career as an attorney and international negotiator with Exxon Corporation and Standard Oil Company (Indiana) and was in private practice from 1984 to 1998. Mr. Davis currently serves as Chairman of the Board of Atlas Iron Limited (ASX: AGO) and also serves as a director of Verso Corporation (NYSE: VRS) and Titan Energy, LLC (OTC: TTEN), as well as certain non-SEC reporting companies. During the past five years, Mr. Davis has also been a director of the following SEC registrants: Atlas Air Worldwide Holdings, Inc. (Nasdaq: AAWW), The Cash Store Financial Services, Inc. (NYSE: CSFS), DexOne Corp. (NYSE: DEXO), Genco Shipping & Trading Limited (NYSE: GNK), Global Power Equipment Group, Inc. (NYSE: GLPW), Goodrich Petroleum Corp. (NYSE: GDP), Great Elm Capital Corporation (Nasdaq: GECC), GSI Group, Inc. (Nasdaq: GSIG), Hercules Offshore, Inc., HRG Group, Inc. (NYSE: HRG), Knology, Inc. (Nasdaq: KNOL), SeraCare Life Sciences, Inc. (Nasdaq: SRLS), Spansion, Inc. (NYSE: CODE), SpectrumBrands Holdings, Inc. (NYSE: SPB), and WMIH Corp. (Nasdaq: WMIH). Mr. Davis' prior experience also includes having served on the board of directors of each of ALST Casino Holdco, LLC and Trump Entertainment Resorts, Inc. Mr. Davis holds a bachelor's degree from Columbia College, a master of international affairs degree (MIA) in international law and organization from the School of International Affairs of Columbia University, and a Juris Doctorate from Columbia University School of Law.

5. *Stephen Perrella* is a senior analyst at Farmstead Capital Management, which focuses on investing in event-driven and distressed situations across the corporate capital structure. At Farmstead, Mr. Perrella is responsible for investments across a range of industries, including several in the retail and consumer sector. Prior to joining Farmstead in 2013, Mr. Perrella spent over 10 years focusing on principal investing across the capital structure at Silvermine Capital Management and W.R. Huff Asset Management and restructuring advisory at Zolfo Cooper and Seneca Financial Group.

6. To be determined (at or prior to the Confirmation Hearing) by the Consenting Creditors, in consultation with the Chief Executive Officer, in accordance with the terms of the Plan.

7. To be determined (at or prior to the Confirmation Hearing) by the Consenting Creditors, in consultation with the Chief Executive Officer, in accordance with the terms of the Plan.

**Officers of the Reorganized Debtors**

As of the Effective Date, the senior managing officers of the Reorganized Debtors will be the senior managing officers of the Debtors existing immediately prior to the Effective Date.