IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE RELIGION APPAREL, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 17-11460 (CSS)<br>(Jointly Administered)<br><br>**Related Docket No. 376, 486, 489** |

**Hearing Date: October 5, 2017, <u>10:00 a.m.</u> (prevailing Eastern Time)**
**Place: 824 Market St., 5th Fl., Ctrm No. 6, Wilmington, DE 19801**

## <u>NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT</u>

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On August 23, 2017, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' First Amended Joint Chapter 11 Plan of Reorganization (as Modified)* [Docket No. 376] (the "<u>First Amended Plan</u>").[2]

2. On September 28, 2017, the Debtors filed the *Notice of Filing of Plan Supplement* [Docket No. 486] (together with the exhibits thereto, the "<u>Plan Supplement</u>"), which noted that certain documents included therein remained subject to ongoing negotiation and discussion by the DIP Lenders, the Consenting Creditors, the Creditors' Committee and the New ABL Lenders.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: TRLG Intermediate Holdings, LLC (3150); True Religion Apparel, Inc. (2633); Guru Denim Inc. (1785); True Religion Sales, LLC (3441); and TRLGGC Services, LLC (8453). The Debtors' headquarters is located at 1888 Rosecrans Avenue, Manhattan Beach, CA 90266.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

3. On October 2, 2017, the Debtors filed the *Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 489] (as it may thereafter be amended, modified, or supplemented from time to time, the "Second Amended Plan").

4. In accordance with the Second Amended Plan, and in consultation with the DIP Lenders, the Consenting Creditors, the Creditors' Committee, and the New ABL Lenders, as applicable, the Debtors hereby file this *Notice of Filing of Amended Plan Supplement* (together with the exhibits hereto, the "Amended Plan Supplement"). This notice contains updated drafts of the documents that comprise the Amended Plan Supplement, which are still subject to ongoing negotiation and discussion by the parties noted above (as applicable). These documents include any exhibits, attachments, schedules, agreements, documents and instruments referred to therein, ancillary or otherwise, as each of the same may be amended, modified, replaced and/or supplemented from time to time in accordance with the consent rights contained in the Restructuring Support Agreement and the Second Amended Plan.

4. The updated drafts of the following documents have been appended hereto as exhibits:

**Exhibit A** – Amended Organizational Documents

**Exhibit B** – Warrant Agreement

**Exhibit C** – Reorganized First Lien Term Loan Agreement

**Exhibit E** – New ABL Facility Documents

**Exhibit F** – Escrow Agreement

**Exhibit G** – Rejected Executory Contract / Unexpired Lease List

To facilitate the review of the Amended Plan Supplement, these documents have been filed as blacklines that reflect the changes made against the documents filed with the Plan Supplement.

5. This Plan Supplement and the Amended Plan Supplement, as applicable, and their exhibits, as each of the same may be amended, modified, replaced and/or supplemented from time to time (in accordance with the consent rights contained in the Restructuring Support Agreement and the Second Amended Plan), are incorporated into the Second Amended Plan, and are an integral part of the Second Amended Plan.

6. The Second Amended Plan and this Amended Plan Supplement as well as further information regarding these chapter 11 cases, are available, free of charge, by accessing such documents and information online at https://cases.primeclerk.com/truereligion (the "Document Website") or are available for inspection on the Court's website: www.deb.uscourts.gov.  Please note that a PACER password and login are needed to access documents on the Court's website.  Copies of this Amended Plan Supplement and its exhibits also may be obtained by contacting the Debtors' Voting Agent, Prime Clerk, LLC, at 844.224.1136 (toll free) or 917.962.8386 (if international) or by email at truereligionballots@primeclerk.com.  Subject to the consent rights contained in the Restructuring Support Agreement and the Second Amended Plan, the Debtors reserve the right to modify, amend or supplement, restate or withdraw any of the exhibits to the Plan Supplement or the Amended Plan Supplement after they are filed.

|  |  |
|---|---|
| Dated: October 4, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ James E. O'Neill* |
|  | Laura Davis Jones (DE Bar No. 2436) |
|  | David M. Bertenthal (CA Bar No. 167624) |
|  | James E. O'Neill (Bar No. 4042) |
|  | 919 North Market Street, 17th Floor |
|  | PO Box 8705 |
|  | Wilmington, Delaware 19899 (Courier 19801) |
|  | Telephone:  (302) 652-4100 |
|  | Facsimile:   (302) 652-4400 |
|  | Email: ljones@pszjlaw.com |
|  |         dbertenthal@pszjlaw.com |
|  |         joneill@pszjlaw.com |
|  | Counsel to the Debtors and Debtors in Possession |

4

DOCS_DE:215585.1 85199/002