# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TRUE RELIGION APPAREL, INC., *et al.*,[1] | ) Case No. 17-11460 (CSS) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) **Related Docket No. 664** |

## NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO PROOFS OF CLAIM (NO LIABILITY CLAIMS; RECLASSIFIED CLAIMS; REDUCE AND ALLOW CLAIMS) ONLY WITH RESPECT TO CLAIM NO. 252

**PLEASE TAKE NOTICE** that on January 12, 2018, the above-captioned reorganized debtors (the "Reorganized Debtors") filed the *Reorganized Debtors' Fourth Omnibus (Substantive) Objection to Proofs of Claim (No Liability Claims; Reclassified Claims; Reduce and Allow Claims)* [Docket No. 664] (the "Fourth Omnibus Claims Objection") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw with prejudice the Fourth Omnibus Claims Objection only with respect to Claim No. 252 filed by Jamestown Premier Malibu Village, L.P.

Dated: February 1, 2018
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Stacy L. Newman*

Karen B. Skomorucha Owens (No. 4759)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

---

[1] The Reorganized Debtors in these chapter 11 cases and the last four digits of each Reorganized Debtor's U.S. tax identification number are as follows: TRLG Intermediate Holdings, LLC (3150) and True Religion Apparel, Inc. (2633). By Order of the Court entered on January 19, 2018 [Docket No. 678], the chapter 11 cases of Guru Denim Inc., True Religion Sales, LLC, and TRLGGC Services, LLC were closed. The Reorganized Debtors' headquarters is located at 1888 Rosecrans Avenue, Manhattan Beach, CA 90266.

{01286516;v1 }

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Arik Preis
Jason P. Rubin
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Reorganized Debtors*